PROB 12B
(7/93)

Report Date: December 14, 2011

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Nelida Pulido Ceja | Case Number: 2:11CR02009-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 10/31/2011 | Type of Supervision: Supervised Release |
| Original Offense: Use of an Unlawfully Issued Immigration Document, 18 U.S.C. § 1546(b) | Date Supervision Commenced: 10/31/2011 |
| Original Sentence: Prison - 4 Days; TSR - 24 Months | Date Supervision Expires: 10/30/2013 |

## PETITIONING THE COURT

The probation officer request the following mandatory condition be suspended:

Mandatory Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

### CAUSE

Ms. Ceja has no prior criminal history and there is no indication she uses or abuse substances. It appears appropriate to waive this mandatory condition and this officer requests the Court approve the following: The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/14/11

Stephen Krous
U.S. Probation Officer

Received stamp: JUN 04 2012 U.S. PROBATION OFFICE YAKIMA

Prob 12B
**Re: Ceja, Nelida Pulido**
**December 14, 2011**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*signature*
Signature of Judicial Officer

June 5, 2012
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

> The mandatory drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse.

Witness: _Stephen Krous_
U.S. Probation Officer

Signed: _Nelida Pulido Ceja_
Nelida Pulido Ceja
Probationer or Supervised Releasee

December 14, 2011
Date